# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-1235 _____ as

[✔]Retained [ ]Court-appointed(CJA) [ ]Court-assigned(non-CJA) [ ]Federal Defender [ ]Pro Bono [ ]Government

COUNSEL FOR: National Erectors Rebar, Inc. _____

_____ as the
(party name)

[✔]appellant(s) [ ]appellee(s) [ ]petitioner(s) [ ]respondent(s) [ ]amicus curiae [ ]intervenor(s) [ ]movant(s)

/s/ Christopher J. Derrenbacher
_____
(signature)

Christopher J. Derrenbacher
Name (printed or typed)

Lewis Brisbois Bisgaard & Smith, LLP
Firm Name (if applicable)

4101 Lake Boone Trail, Suite 514

Raleigh, North Carolina 27607
Address

919-821-4020
Voice Phone

919-829-0055
Fax Number

christopher.derrenbacher@lewisbrisbois.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 03-21-2016 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Jeffrey Keister<br>McAngus, Goudelock & Courie, LLC<br>P.O. Box 30307<br>Charlotte, NC 28230<br>jkeister@mgclaw.com | Clyde Hamilton Jarrett, III<br>Conner, Gwyn & Schenck, PLLC<br>P.O. Box 30933<br>Raleigh, NC 27622<br>hjarrett@cgspllc.com |

/s/ Christopher J. Derrenbacher
_____
Signature

03-21-2016
Date

01/19/2016 SCC