FILED:  June 16, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1235 (L)
(5:15-cv-00135-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

NATIONAL REINFORCING SYSTEMS, INC.; WEAVER COOKE
CONSTRUCTION, LLC

  Plaintiffs - Appellees

v.

NATIONAL ERECTORS REBAR, INC.

  Defendant - Appellant

_____

No. 16-1238
(5:15-cv-00279-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

NATIONAL REINFORCING SYSTEMS, INC.; WEAVER COOKE
CONSTRUCTION, LLC

  Plaintiffs - Appellees

v.

NATIONAL ERECTORS REBAR, INC.

Defendant - Appellant

————————————

No. 16-1683
(5:15-cv-00135-BR)
(5:15-cv-00279-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

————————————

NATIONAL ERECTORS REBAR, INCORPORATED

    Plaintiff - Appellant

v.

NATIONAL REINFORCING SYSTEMS, INCORPORATED; WEAVER COOKE CONSTRUCTION, LLC

    Defendants - Appellees

NEW BERN RIVERFRONT DEVELOPMENT, LLC

    Movant

————————————

O R D E R

————————————

The court consolidates 16-1235, 16-1238 and 16-1683. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                  For the Court--By Direction

                                  /s/ Patricia S. Connor, Clerk