FILED: June 16, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1235 (L)
(5:15-cv-00135-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

NATIONAL REINFORCING SYSTEMS, INC.; WEAVER COOKE CONSTRUCTION, LLC

      Plaintiffs - Appellees

v.

NATIONAL ERECTORS REBAR, INC.

      Defendant - Appellant

_____

No. 16-1238
(5:15-cv-00279-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

NATIONAL REINFORCING SYSTEMS, INC.; WEAVER COOKE CONSTRUCTION, LLC

      Plaintiffs - Appellees

v.

NATIONAL ERECTORS REBAR, INC.

Defendant - Appellant

───────────────

No. 16-1683
(5:15-cv-00475-BR)
(5:15-cv-00279-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

───────────────

NATIONAL ERECTORS REBAR, INCORPORATED

    Plaintiff - Appellant

v.

NATIONAL REINFORCING SYSTEMS, INCORPORATED; WEAVER COOKE CONSTRUCTION, LLC

    Defendants - Appellees

NEW BERN RIVERFRONT DEVELOPMENT, LLC

    Movant

───────────────

O R D E R

───────────────

    The court deconsolidates 16-1683 from further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk