FILED: September 12, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1235 (L)
(5:15-cv-00135-BR)
(09-10340-8-SWH)
(10-00023-8-SWH)

_____

NATIONAL REINFORCING SYSTEMS, INC.; WEAVER COOKE CONSTRUCTION, LLC

      Plaintiffs - Appellees

v.

NATIONAL ERECTORS REBAR, INC.

      Defendant - Appellant

_____

O R D E R

_____

The court suspends briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk